Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

Curtis Allen Severn, Grady, AR, pro se.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Arkansas prisoner Curtis Allen Severn appeals from the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 complaint. Upon careful review of the record, we conclude the district court properly dismissed the complaint. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

**Curtis Allen SEVERN, Appellant,**

v.

**Scott M. PARKS, Public Defenders Office, Bentonville, AR; Tom J. Keith, Circuit Judge, Benton County, Appellees.**

No. 04–1044.

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2004.

Decided: July 26, 2004.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.